UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN WILCUTT,

                              Plaintiff,                    CASE NUMBER:
                                                                                12 CV 4322

-against-

ZIMMER, INC., ZIMMER HOLDINGS, INC.
and ZIMMER ORTHOPAEDIC SURGICAL
PRODUCTS, INC.,

                              Defendants.

---

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Steven Goodstadt in Support of plaintiff's Motion to Stay Pending Transfer to Multidistrict Proceeding, executed on June 21, 2012, the exhibits thereto, the Memorandum in Support of Plaintiff's Motion to Stay Pending Transfer to Multidistrict Proceeding, and all other pleadings and proceedings had herein, the plaintiff respectfully moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to stay all proceedings, pending a transfer of this action to the Northern District of Illinois as part of multidistrict proceedings styled *In Re: Zimmer NexGen Knee Implant Liability Litigation, MDL No. 2272 ("MDL-2272).*

Dated: June 21, 2012

                     Respectfully submitted,

                     */s/ Steven Goodstadt*
                     Steven Goodstadt, Atty. No. SG2386
                     NAPOLI BERN RIPKA SHKOLNIK
                     & ASSOCIATES, LLP
                     350 Fifth Avenue – Suite 7413
                     New York, New York 10118
                     Telephone: (212) 267-3700
                     Facsimile: (212) 587-0031
                     Sgoodstadt@napolibern.com
                     Attorneys for Plaintiff John Wilcutt