AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| John Wilcutt | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-cv-4322 |
| Zimmer, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc.

Date: 06/26/2012

/s/ Phoebe A. Wilkinson
*Attorney's signature*

Phoebe A. Wilkinson, No. 2606713
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
*Address*

pwilkinson@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*