**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| John Wilcutt, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-cv-04322-JSR |
| vs. | ) | |
| | ) | |
| Zimmer, Inc., Zimmer Holdings, Inc., and | ) | |
| Zimmer Orthopaedic Surgical Products, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Zimmer

Holdings, Inc., states that it is a publicly held corporation and no other publicly held company

owns 10% or more of Zimmer Holdings, Inc., stock.

DATED:  June 26, 2012                 Respectfully submitted,

                              /s/ Phoebe A. Wilkinson
                              Phoebe A. Wilkinson, PW-3143
                              CHADBOURNE & PARKE, LLP
                              30 Rockefeller Plaza
                              New York, NY  10112
                              Telephone:  (212) 408-1157
                              Facsimile:  (646) 710-1157
                              Email:  pwilkinson@chadbourne.com

                              *Attorneys for Zimmer, Inc., Zimmer Holdings, Inc.,*
                              *and Zimmer Surgical, Inc., f/k/a Zimmer*
                              *Orthopaedic Surgical Products, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has

been served via the Court's electronic filing system on the 26th day of June, 2012, upon the

following counsel of record:

> Christopher R. LoPalo
> Worby, Groner, Edelman & Napoli Bern, L.L.P.
> 350 Fifth Avenue
> New York, NY 10118
>
> Steven Goodstadt
> Napoli Bern Ripka Shkolnik
> 3500 Sunrise Highway
> Great River, NY 11739

> /s/ Phoebe A. Wilkinson