IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Wilcutt, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:12-cv-04322-JSR |
| vs. | ) |
| | ) |
| Zimmer, Inc., Zimmer Holdings, Inc., and | ) |
| Zimmer Orthopaedic Surgical Products, Inc., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Zimmer, Inc., states that it is a wholly-owned subsidiary of Zimmer Holdings, Inc., a publicly held corporation. No other publicly held company owns 10% or more of Zimmer, Inc.

DATED:  June 26, 2012                     Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson, PW-3143
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-1157
Facsimile:  (646) 710-1157
Email:  pwilkinson@chadbourne.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 26th day of June, 2012, upon the following counsel of record:

Christopher R. LoPalo
Worby, Groner, Edelman & Napoli Bern, L.L.P.
350 Fifth Avenue
New York, NY 10118

Steven Goodstadt
Napoli Bern Ripka Shkolnik
3500 Sunrise Highway
Great River, NY 11739

/s/ Phoebe A. Wilkinson