IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Wilcutt, )<br> )<br>       Plaintiff, )<br> )<br>vs. )<br> )<br>Zimmer, Inc., Zimmer Holdings, Inc., and )<br>Zimmer Orthopaedic Surgical Products, Inc., )<br> )<br>       Defendants. )<br>_____ ) | Case No. 1:12-cv-04322-JSR |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. ("Zimmer Surgical"), states it is a wholly-owned subsidiary of Zimmer, Inc.  Zimmer, Inc., is a wholly-owned subsidiary of Zimmer Holdings, Inc., which is a publicly held corporation.  No other publicly held corporation owns 10% or more of Zimmer Surgical.

DATED:  June 26, 2012

Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson, PW-3143
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-1157
Facsimile:   (646) 710-1157
Email:  pwilkinson@chadbourne.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 26th day of June, 2012, upon the following counsel of record:

>Christopher R. LoPalo
>Worby, Groner, Edelman & Napoli Bern, L.L.P.
>350 Fifth Avenue
>New York, NY 10118
>
>Steven Goodstadt
>Napoli Bern Ripka Shkolnik
>3500 Sunrise Highway
>Great River, NY 11739

>/s/ Phoebe A. Wilkinson