UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WILCUTT,

                              Plaintiff,                        CASE NUMBER:
                                                      12 CV 4322

      -against-

ZIMMER, INC., ZIMMER HOLDINGS, INC.
and ZIMMER ORTHOPAEDIC SURGICAL
PRODUCTS, INC.,

                                Defendants.

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Steven

Goodstadt in Support of plaintiff's Motion to Stay Pending Transfer to Multidistrict

Proceeding, executed on June 21, 2012, the exhibits thereto, the Memorandum in Support

of Plaintiff's Motion to Stay Pending Transfer to Multidistrict Proceeding, and all other

pleadings and proceedings had herein, the plaintiff respectfully moves this Court,

pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to stay all proceedings,

pending a transfer of this action to the Northern District of Illinois as part of multidistrict

proceedings styled *In Re: Zimmer NexGen Knee Implant Liability Litigation, MDL No.*

*2272* ("MDL-2272).

Dated:  June 21, 2012

                    Respectfully submitted,

                    Steven Goodstadt, Atty. No. SG2386
                    NAPOLI BERN RIPKA SHKOLNIK
                    & ASSOCIATES, LLP
                    350 Fifth Avenue – Suite 7413
                    New York, New York 10118
                    Telephone:  (212) 267-3700
                    Facsimile:  (212) 587-0031
                    Sgoodstadt@napolibern.com
                    Attorneys for Plaintiff John Wilcutt