UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JOHN WILCUTT,

        Plaintiff,       :    12 Civ. 4322 (JSR)

      -v-

                                  ORDER

ZIMMER, INC., ZIMMER HOLDINGS, INC.,
and ZIMMER ORTHOPAEDIC SURGICAL
PRODUCTS, INC.,

        Defendants.
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

    On June 25, 2012, the Clerk of the United States Judicial Panel on Multidistrict Litigation filed a Conditional Transfer Order that will transfer the above-captioned case to the Northern District of Illinois as a "tag-along" action to the Zimmer Nextgen Knee Implant Products Liability MDL. See MDL No. 2272, D.E. 695. At the in-court conference held before this Court on June 26, 2012, defense counsel represented that defendants would timely oppose the Conditional Transfer Order and move to vacate the Order. Accordingly, all proceedings in this case are hereby stayed until the case is either transferred to the N.D. Ill. or the Transfer Order is vacated.

    SO ORDERED.

                                            _____
                                            JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        June 26, 2012