UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOHN WILCUTT,

        Plaintiff,           12 Civ. 4322 (JSR)

      -v-

                                         ORDER

ZIMMER, INC., ZIMMER HOLDINGS, INC.,
and ZIMMER ORTHOPAEDIC SURGICAL
PRODUCTS, INC.,

        Defendants.
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

     On June 25, 2012, the Clerk of the United States Judicial Panel on Multidistrict Litigation filed a Conditional Transfer Order that would transfer the above-captioned case to the Northern District of Illinois as a "tag-along" action to the Zimmer Nextgen Knee Implant Products Liability MDL. See MDL No. 2272, D.E. 695. On June 26, 2012, the Court stayed all proceedings in this case until the case was either transferred to the Northern District of Illinois or the Transfer Order was vacated.

     On October 1, 2012, the Panel on Multidistrict Litigation vacated the Conditional Transfer Order. See MDL No. 2272, D.E. 905. Consequently, it is hereby ordered that counsel for all parties attend an in-court conference on December 5, 2012 at 11 a.m. for the purpose of case management and scheduling pursuant to Fed. R. Civ. P. 16.

     SO ORDERED.

                                                                 JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 30 2012