# AFFIDAVIT OF PROCESS SERVER

**UNITED STATES DISTRICT COURT**　　　　　**State of New York**

JOHN WILCUTT

Attorney:

Napoli Bern Ripka Shkolnik, LLP
3500 Sunrise Highway
Grat River, NY. 11739

vs.

**ZIMMER, INC., ZIMMER HOLDINGS, INC. and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.**

Case Number: 12-cv-4322

Legal documents received by Integrity Investigations Inc. on January 11th, 2013 at 4:32 PM to be served upon **ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC. at 345 East Main Street, Warsaw, IN. 46580**

I, Patricia Gabbard, swear and affirm that on **January 14th, 2013 at 3:20 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons and Complaint** to Maureen Smith as **Legal Secretary** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Patricia Gabbard_
**Patricia Gabbard**
Process Server

**Integrity Investigations Inc.**
Attention: Home Office
401 East Colfax Ave, Suite 120
South Bend, IN 46617

(574) 288-5911

Internal Job ID: 2013000008

Reference Number:

The foregoing instrument was acknowledged before me on this 15th day of January, 2013, by Patricia Gabbard, who is personally known to me or who has produced _____ as identification.

_____          _____
Notary Printed Name           Notary Signature

CHRISTY E. SIZEMORE
Commission Expiration Date
My Commission Expires
July 19, 2016

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**UNITED STATES DISTRICT COURT**  **State of New York**

JOHN WILCUTT

Attorney:

vs.

Napoli Bern Ripka Shkolnik, LLP
3500 Sunrise Highway
Grat River, NY. 11739

ZIMMER, INC., ZIMMER HOLDINGS, INC. and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.

Case Number: 12-cv-4322

Legal documents received by Integrity Investigations Inc. on January 11th, 2013 at 4:32 PM to be served upon **ZIMMER, INC. at 345 East Main Street, Warsaw, IN. 46580**

I, Patricia Gabbard, swear and affirm that on **January 14th, 2013 at 3:20 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons and Complaint** to **Maureen Smith** as **Legal Secretary** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Patricia Gabbard_ (signature)
Patricia Gabbard
Process Server

The foregoing instrument was acknowledged before me on this 15th day of January, 2013, by Patricia Gabbard, who is personally known to me or who has produced _____ as identification.

Integrity Investigations Inc.
Attention: Home Office
401 East Colfax Ave, Suite 120
South Bend, IN 46617

Notary Printed Name    Notary Signature

(574) 288-5911

CHRISTY E. SIZEMORE
Notary Public
My Commission Expires
July 19, 2016

Internal Job ID: 2013000010

Reference Number:

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**UNITED STATES DISTRICT COURT**                           **State of New York**

JOHN WILCUTT

Attorney:

vs.

Napoli Bern Ripka Shkolnik, LLP
3500 Sunrise Highway
Grat River, NY. 11739

ZIMMER, INC., ZIMMER HOLDINGS, INC. and ZIMMER
ORTHOPAEDIC SURGICAL PRODUCTS, INC.

Case Number: 12-cv-4322

Legal documents received by Integrity Investigations Inc. on January 11th, 2013 at 4:32 PM to be served upon **ZIMMER HOLDINGS, INC. at 345 East Main Street, Warsaw, IN. 46580**

I, Patricia Gabbard, swear and affirm that on **January 14th, 2013 at 3:20 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons and Complaint to Maureen Smith as Legal Secretary** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Patricia Gabbard_ (signature)
**Patricia Gabbard**
Process Server

The foregoing instrument was acknowledged before me on this 15th day of January, 2013, by Patricia Gabbard, who is personally known to me or who has produced _____ as identification.

_Christy Sizemore_ (signature)
Notary Printed Name     Notary Signature

CHRISTY SIZEMORE
St. Joseph County
My Commission Expires
July 19, 2016

**Integrity Investigations Inc.**
Attention: Home Office
401 East Colfax Ave, Suite 120
South Bend, IN 46617

(574) 288-5911

Job Serial Number: 2013100000

Reference: Number