UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN WILCUTT,

                        Plaintiff,

                  -against-

ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,

                        Defendants.

12 Civ. No. 4322 (JSR)

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that the defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc., by their attorneys Chadbourne & Parke LLP, respectfully move this Court to dismiss this action with prejudice on the grounds that any new complaint filed in this action is barred by the applicable statute of limitations.

       The schedule for service and filing of the parties' papers, and the date and time for oral argument as set by the Court is as follows:

| | |
|---|---|
| Opening papers filed and served by defendants: | February 14, 2013 |
| Opposing papers filed and served by plaintiff: | March 7, 2013 |
| Reply papers filed and served by defendants: | March 18, 2013 |
| Oral argument as set by the Court: | March 28, 2013 at 4pm |

Dated: February 14, 2013

                        Respectfully submitted,

                        CHADBOURNE & PARKE LLP

                        By       */s/ Phoebe A. Wilkinson*
                                 Phoebe A. Wilkinson
                                A Member of the Firm
                                Attorneys for Defendants
                        30 Rockefeller Plaza
                        New York, NY 10112
                        (212) 408-5100
                        pwilkinson@chadbourne.com